# United States Court of Appeals
## For the First Circuit

No. 15-1716

UNITED STATES OF AMERICA,

Appellee,

v.

ROBEL KIDANE PHILLIPOS,

Defendant, Appellant.

**JUDGMENT**

Entered: February 24, 2017

      This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

      Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Robel Kidane Phillipos convictions are affirmed.

> By the Court:
> /s/ Margaret Carter, Clerk

cc:
Derege B. Demissie
Susan Brooks Church
John A. Capin
Dina Michael Chaitowitz
B. Stephanie Siegmann
Randall Ernest Kromm
Jonathan M. Albano